# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nicole Favors )<br>308 19th Street, N.E. )<br>Washington, D.C. 20002 )<br>                                         )<br>         Plaintiff,           )<br>                                         )<br>v.                                     )<br>                                         )<br>United States of America )<br>                                         )<br>c/o Jessie K. Liu, Esq.,    )<br>United States Attorney for the District of Columbia )<br>555 4th St NW,             )<br>Washington, DC 20530  )<br>                                         )<br>and                                )<br>                                         )<br>c/o Jeff Sessions, Esq., U.S. Attorney General )<br>950 Pennsylvania Avenue, NW )<br>Washington, DC 20530-0001 )<br>                                         )<br>         Defendant.         )<br>_____ ) | Case No.: 1:18cv70 |

## COMPLAINT

COMES NOW, Plaintiffs, by and through their undersigned counsel, and allege and complain as follows:

### THE PARTIES

1.  Plaintiff is an adult resident of District of Columbia.

2.  Defendant is United States of America. It is named defendant pursuant to the provisions of the Federal Torts Claim Act.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter and parties thereto pursuant to Federal Torts Claim Act.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## COUNT I - NEGLIGENCE.

5. Plaintiff incorporates all prior paragraphs as if fully restated.

6. As of June 29, 2016, Plaintiff was a contractor working at a Dental Clinic located at the Department of Veteran Affairs Center located at 50 Irving Street, N.W, Washington, D.C, 20422.

7. On or around June 29, 2016, Plaintiff tripped over a cabinet drawer which was defective as it slide open on its own. As a result, she tripped and fell.

8. Employees of Department of Veteran Affairs knew of this defect prior to Ms. Favors' fall but failed to correct it.

9. Department of Veterans Affairs had a duty to individuals present on its premises to keep the premises free from dangerous conditions, which it breached by failing to correct this defect.

10. Plaintiff was injured as a result of her fall. She had to undertake lengthy medical treatment and missed an extensive period of work and lost wages as a result.

11. Defendant is liable for Department of Veteran Affairs employees' negligence under the doctrine of *respondent superior* and provisions of Federal Torts Claims Act, as Mr. Thompson was a USPS employee acting in the scope of his duties at the time his actions caused injuries to Plaintiff.

12. Plaintiff satisfied the notice requirements of Federal Torts Claim Act. Department of Veteran's Affairs received Plaintiff's claim on February 13, 2017. Department of Veteran's Affairs has made no decision on this claim as of the date of the filing of this Complaint.

13. Accordingly, Plaintiff respectfully requests this Court to:

(1) award Plaintiff actual damages in the amount of $115,000.00;

(2) award costs incurred in this action;

(3) award any other relief this Court deems proper.

Respectfully submitted,

MALLOY LAW OFFICES, LLC.

By: /s/Seann P. Malloy
    Seann P. Malloy, Esquire
    Bar No. 409343
    Malloy Law Offices, LLC
    4630 Montgomery Avenue, Suite 230
    Bethesda, Maryland  20850
    Telephone: /202/ 464-0727
    Facsimile: 888-607-8691
    Email: Seann@Malloy-Law.com

**JURY DEMAND.**

Plaintiffs request a jury trial on all issues so triable.

By: /s/Seann P. Malloy
    Seann P. Malloy, Esquire